1  Peter F. Samuel, Bar No. 72503
   SAMUEL AND SAMUEL
2  5050 Sunrise Blvd. – Suite C-1
   Fair Oaks, California 95628
3  Tel:   (916) 966-4722
   Fax:   (916) 962-2219
4  pfsamuel@samuellaw.com
   Attorneys for Plaintiffs,
5  GERALD GLAZER, JULIE CHERRY

6  Christopher D. Nissen (Cal. Bar No. 202034)
   E-mail: Christopher.Nissen@wilsonelser.com
7  **WILSON, ELSER, MOSKOWITZ,**
   **  EDELMAN & DICKER LLP**
8  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
9  Tel:   (213) 443-5100
   Fax:   (213) 443-5101
10 Attorneys for Defendants, THE PRIVATE
   RESIDENCES AT ONTARIO PLACE
11 CONDOMINIUM ASSOCIATION, ELLEN
   GUTIONTOV, JASON BISCHOFF, MICHAEL
12 LANE, SAMANTHA LANE, NALEK ABDUL
   SAMAD and SUDLER PROPERTY MANAGEMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GERALD GLAZER, JULIE CHERRY, both individually and derivatively on behalf of The Private Residences at Ontario Place Condominium Association, <br><br> Plaintiffs, <br><br> v. <br><br> THE PRIVATE RESIDENCES AT ONTARIO PLACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation, and its Board of Managers, ELLEN GUTIONTOV, JASON BISCHOFF, MICHAEL LANE, SAMANTHA LANE, AND NALEK ABDUL SAMAD, Illinois residents, each individually and collectively, and SUDLER PROPERTY MANAGEMENT, an Illinois corporation, <br><br> Defendants. | Case No:  2:21-cv-01770-TLN-DB <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs GERALD GLAZER, JULIE CHERRY and Defendants THE PRIVATE RESIDENCES AT ONTARIO PLACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation, and its Board of Managers, ELLEN GUTIONTOV, JASON BISCHOFF, MICHAEL LANE, SAMANTHA LANE, AND NALEK ABDUL SAMAD, Illinois residents, each individually and collectively, and SUDLER PROPERTY MANAGEMENT, an Illinois corporation have stipulated to extend the deadline for Defendants to respond to the Complaint in this action from November 2 to December 13, 2021.  The extension will be for a total of 41 days.  No prior extensions have been agreed upon.

FOR GOOD CAUSE SHOWN the Court hereby grants the stipulated extension of time for Defendants to respond to the Complaint from November 2 to December 13, 2021.

**IT IS SO ORDERED:**

Dated: November 1, 2021

Troy L. Nunley
United States District Judge