Christopher D. Nissen (Cal. Bar No. 202034)
E-mail: Christopher.Nissen@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Tel:    (213) 443-5100
Fax:    (213) 443-5101
Attorneys for Defendants, THE PRIVATE RESIDENCES AT ONTARIO PLACE CONDOMINIUM ASSOCIATION, ELLEN GUTIONTOV, JASON BISCHOFF, MICHAEL LANE, SAMANTHA LANE, NALEK ABDUL SAMAD and SUDLER PROPERTY MANAGEMENT

Peter F. Samuel, Bar No. 72503
SAMUEL AND SAMUEL
5050 Sunrise Blvd. – Suite C-1
Fair Oaks, California 95628
Tel:    (916) 966-4722
Fax:    (916) 962-2219
pfsamuel@samuellaw.com
Attorneys for Plaintiffs,
GERALD GLAZER, JULIUS CHERRY

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLAZER, JULIUS CHERRY, both individually and derivatively on behalf of The Private Residences at Ontario Place Condominium Association,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE PRIVATE RESIDENCES AT ONTARIO PLACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation, and its Board of Managers, ELLEN GUTIONTOV, JASON BISCHOFF, MICHAEL LANE, SAMANTHA LANE, MALEK ABDULSAMAD, each individually and collectively, and SUDLER PROPERTY MANAGEMENT, an Illinois corporation,<br><br>            Defendants. | Case No: 2:21-cv-01770-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY AND RULE 26F DISCOVERY PLAN**<br><br>Motion to Dismiss: March 10, 2022<br>Time: 2:00 pm<br>Courtroom: 2<br>Judge: Hon. Troy L. Nunley |

1
ORDER GRANTING STIPULATION TO STAY DISCOVERY
AND RULE 26F PLAN

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

1. Discovery in this matter shall be stayed until March 31, 2022:
2. The Parties shall meet and confer and prepare and submit a Joint Discovery Plan under Rule 26f within two weeks after the Court rules on the motion to dismiss if the ruling is not dispositive.

IT IS SO ORDERED.

DATED: January 25, 2022

_____
Troy L. Nunley
United States District Judge