1  Christopher D. Nissen (Cal. Bar No. 202034)
   E-mail: Christopher.Nissen@wilsonelser.com
2  **WILSON, ELSER, MOSKOWITZ,**
   **  EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Tel:    (213) 443-5100
   Fax:    (213) 443-5101
5  Attorneys for Defendants, THE PRIVATE
   RESIDENCES AT ONTARIO PLACE
6  CONDOMINIUM ASSOCIATION, ELLEN
   GUTIONTOV, JASON BISCHOFF, MICHAEL
7  LANE, SAMANTHA LANE, MALEK ABDUL
   SAMAD and SUDLER PROPERTY MANAGEMENT
8
   Peter F. Samuel, Bar No. 72503
9  SAMUEL AND SAMUEL
   5050 Sunrise Blvd. – Suite C-1
10 Fair Oaks, California 95628
   Tel:    (916) 966-4722
11 Fax:    (916) 962-2219
   pfsamuel@samuellaw.com
12 Attorneys for Plaintiffs,
   GERALD GLAZER, JULIUS CHERRY

**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD GLAZER, JULIUS CHERRY, both individually and derivatively on behalf of The Private Residences at Ontario Place Condominium Association, <br><br> Plaintiffs, <br><br> v. <br><br> THE PRIVATE RESIDENCES AT ONTARIO PLACE CONDOMINIUM ASSOCIATION, an Illinois not for profit corporation, and its Board of Managers, ELLEN GUTIONTOV, JASON BISCHOFF, MICHAEL LANE, SAMANTHA LANE, MALEK ABDULSAMAD, each individually and collectively, and SUDLER PROPERTY MANAGEMENT, an Illinois corporation, <br><br> Defendants. | Case No: 2:21-cv-01770-TLN-DB <br><br> **ORDER GRANTING FURTHER STIPULATION TO STAY DISCOVERY AND RULE 26F DISCOVERY PLAN** <br><br> Motion to Dismiss Hearing Date: March 10, 2022 <br> Time: 2:00 pm <br> Courtroom: 2 <br> Judge: Hon. Troy L. Nunley |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

1. The Parties shall meet and confer and prepare and submit a Joint Discovery Plan under Rule 26f within two weeks after the Court issues a ruling on the motion to dismiss (if the ruling is not dispositive);
2. Discovery in this matter shall be stayed until after the Parties submit a Joint Discovery Plan under Rule 26f.

IT IS SO ORDERED.

DATED: March 31, 2022

Troy L. Nunley
United States District Judge